JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJOR SAMY I. CANO, USMC,<br><br>   Movant,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>   Respondent. | Case No. 5:24-mc-00007-SSS-SPx<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed movant Major Samy I. Cano's Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("motion to quash") and the Report and Recommendation of the United States Magistrate Judge. Movant has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that movant's motion to quash (docket no. 1) is DENIED. The court clerk is directed to close this case after the filing of this order.

Dated: August 27, 2024

HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE